DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 416P12 | Mary Ann Wilcox v. City of Asheville; William Hogan, individually and in his official capacity as the Chief of the City of Asheville Police Department; Stony Gonce, individually and in his official capacity as a Police Officer for the City of Asheville; Brian Hogan, individually and in his official capacity as a Police Officer for the City of Asheville; and Cheryl Intveld, individually and in her official capacity as a Police Officer for the City of Asheville | 1. Defs' (Stony Gonce, Brian Hogan, and Cheryl Intveld) Motion for Temporary Stay (COA12-12)<br><br>2. Defs' (Stony Gonce, Brian Hogan, and Cheryl Intveld) Petition for *Writ of Supersedeas*<br><br>3. Defs' (Stony Gonce, Brian Hogan, and Cheryl Intveld) PDR Under N.C.G.S. § 7A-31 | 1. Allowed **10/04/12**<br><br>2.<br><br>3. |
| --- | --- | --- | --- |
| 417P12 | State v. Tereck Danielle Perry | 1. State's Motion for Temporary Stay (COA12-322)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **10/5/12;** Dissolved the Stay **01/24/13**<br><br>2. Denied<br><br>3. Denied |
| 429P12 | State v. Collins Stephanie Wilson | Def's PWC to Review Decision of COA (COA09-815) | Denied |
| 435A96-5 | State v. Walic Christopher Thomas | 1. Def's Motion to Stay PWC<br><br>2. Def's PWC to Review Decision of Superior Court of Guilford County<br><br>3. Def's *Pro Se* Motion to Withdraw All Appeals | 1.<br><br>2.<br><br>3. Dismissed **12/15/10** |
| 443P12 | State v. David Dwight Raman, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1588) | Denied |
| 448P12-2 | Anthony Williams v. James J. Exum-Attorney | Plt's *Pro Se* Motion for N.C. Rule of App. P. Rule 60 Relief | Dismissed |